THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT RODLER, Respondent, v. DEUTSCHER KRIEGER BUND OF NEW YORK, Appellant, Impleaded with Another.

*People ex rel. Rodler* v. *Deutscher Krieger Bund*, 129 App. Div. 80, affirmed. (Submitted March 16, 1909; decided March 30, 1909 )

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1908, which modified and affirmed as modified an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator to membership therein.

*August P. Wagener* for appellant.

*Alfred B. Jaworower* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of the Application of CHARLES J. ADAMS, Appellant, for the Cancellation of a Personal Tax.

THE CITY OF NEW YORK, Respondent.

*Matter of Adams*, 129 App. Div. 911, affirmed.
(Argued March 16, 1909; decided March 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1908, which affirmed an order of Special Term denying a motion made under section 259b of the Tax Law for the cancellation of a tax on personal property.

*Henry M. Powell* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*David Rumsey* and *William H. King* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

34